THE HONORABLE FRANKLIN BURGESS

Karl Williams, WSBA # 16919
Thaddeus P. Martin, WSBA # 28175
4002 Tacoma Mall Boulevard, Suite 102
Tacoma, WA 98409
Phone: 253-6820-3420
Facsimile: 253-682-0977

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIANN LAUREL HIEBERT, CLYDE MARK MATTHEWS JR., individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART STORES INCORPORATED, A Delaware Corporation Licensed to do Business in Washington State, KEVIN DIXON, Individually, and CINDY DEER, Individually,<br><br>Defendants. | NO.06-05489 FDB<br><br>STIPULATION AND AGREED ORDER FOR DISMISSAL OF DEFENDANTS KEVIN DIXON AND CINDY DEER WITHOUT PREJUDICE |

COME NOW Plaintiffs, by and thought their attorneys of record, Thaddeus P. Martin and Karl William and Defendants by and through its attorney of record, Kathryn Rosen, and stipulate as follows:

STIP/ORDER TO DISMISS DIXON/DEER WITHOUT PREJUD.- 1 of 3

Griffin & Williams, P.S.
5000 Bridgeport Way West
University Place, WA 98467
Telephone: 253-460-2973
Facsimile: 253-460-2977

Law Office of Thaddeus P. Martin
4002 Tacoma Mall Blvd. Ste. 102
Tacoma, WA 98409
Telephone: 253-682-3420
Facsimile: 253-682-0977

1.   The parties agree that Defendants Kevin Dixon and Cindy Deer and the claims for Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, Outrage, and Fraud be dismissed without prejudice.

Dated this 8th day of November, 2006.                Dated this 8th day of November, 2006.

THADDEUS P. MARTIN, LLC                         DAVIS WRIGHT TREMANE

By /s/ THADDEUS P. MARTIN                       By /s/ KATHRYN ROSEN
   Thaddeus P. Martin, WSBA No. 28175              Kathryn Rosen, WSBA #29465
   Karl Williams, WSBA No. 16919                   Attorneys for Defendants
   Attorney for Plaintiffs

### ORDER

This matter having come before the Court, the court having reviewed the files relevant to this motion and for good cause shown, it is hereby ORDERED that Defendants Kevin Dixon and Cindy Deer and the claims for Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, Outrage, and Fraud are hereby dismissed without prejudice.

DATED this 9th day of November 2006.

**FRANKLIN D. BURGESS**
**UNITED STATES DISTRICT JUDGE**

STIP/ORDER TO DISMISS DIXON/DEER WITHOUT PREJUD.- 2 of 3

Griffin & Williams, P.S.
5000 Bridgeport Way West
University Place, WA 98467
Telephone: 253-460-2973
Facsimile: 253-460-2977

Law Office of Thaddeus P. Martin
4002 Tacoma Mall Blvd. Ste. 102
Tacoma, WA 98409
Telephone: 253-682-3420
Facsimile: 253-682-0977

1 | THADDEUS P. MARTIN, LLC

3 | By /s/ THADDEUS P. MARTIN
Thaddeus P. Martin, WSBA No. 28175
4 | Karl Williams, WSBA No. 29465
Attorney for Plaintiffs

6 | DAVIS WRIGHT TREMAINE

8 | By /s/ KATHRYN ROSEN
Kathryn Rosen, WSBA No. 29465
9 | Attorneys for Defendants

24 | STIP/ORDER TO DISMISS DIXON/DEER WITHOUT PREJUD.- 3 of 3

Griffin & Williams, P.S.
5000 Bridgeport Way West
University Place, WA 98467
Telephone: 253-460-2973
Facsimile: 253-460-2977

Law Office of Thaddeus P. Martin
4002 Tacoma Mall Blvd. Ste. 102
Tacoma, WA 98409
Telephone: 253-682-3420
Facsimile: 253-682-0977