IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| DIANN LAUREL HIEBERT, CLYDE MARK MATTHEWS JR., individually and on behalf of all persons similarly situated, | ) ) ) ) | No. C06-5489 FDB |
| Plaintiffs, | ) ) ) | STIPULATION AND ORDER UPON PARTIES' PLANNING MEETING |
| v. | ) ) | |
| WAL-MART STORES INCORPORATED, a Delaware Corporation Licensed to do Business in Washington State, KEVIN DIXON, Individually, and CINDY DEER, Individually, | ) ) ) ) ) | CLASS ACTION |
| Defendants. | | |

Pursuant to this Court's order dated August 28, 2006, the parties engaged in a conference on December 4, 2006 to discuss the posture of the case. Due to the need for additional internal discovery on the part of both parties and scheduling difficulties, the parties agreed to extend the due dates for the filing of the Initial Disclosures and Joint Status Report.

STIPULATION AND ORDER UPON PARTIES' PLANNING
MEETING (C06-5489FDB) - 1

SEA 1914516v1 0031150-000125

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1   THE PARTIES STIPULATE AND AGREE to extension of certain dates and

2   modification of dates of certain events in the Minute Order Regarding Initial Disclosures,

3   Joint Status Report and Early Settlement dated August 28, 2006 as follows:

| Pleading | Date Due/Filed |
|---|---|
| Initial Disclosures | 02/09/2007 |
| Joint Status Report | 02/23/2007 |

DATED this 21st day of December 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER UPON PARTIES' PLANNING
MEETING (C06-5489FDB) - 2

SEA 1914516v1 0031150-000125

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150  ·  Fax: (206) 628-7699

| | |
|---|---|
| Davis Wright Tremaine LLP | Law offices of Thaddeus Martin |
| Attorneys for Defendants | Attorney for Plaintiffs |

By _____        _____
   Michael J. Killeen                                                      Thaddeus Martin, WSBA #28175
   WSBA #7837
   Michael Reiss
   WSBA #10707
   Kathryn S. Rosen
   WSBA #29465

## ORDER

The court having reviewed the above stipulation and agreement of the parties, now it is hereby ORDERED that:

The dates listed in the Minute Order Regarding Initial Disclosures, Joint Status Report and Early Settlement dated August 28, 2006 be modified as follows:

| Pleading | Date Due/Filed |
|---|---|
| Initial Disclosures | 02/09/2007 |
| Joint Status Report | 02/23/2007 |

Dated this 21st day of December 2006.

_/s/ Franklin D. Burgess_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER UPON PARTIES' PLANNING
MEETING (C06-5489FDB) - 3

SEA 1914516v1 0031150-000125

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the following documents:

STIPULATION AND ORDER UPON PARTIES' PLANNING MEETING

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 13th day of December 2006.

Davis Wright Tremaine LLP
Attorneys for Defendant Wal-Mart Stores Incorporated

s/ Michael J. Killeen
Michael J. Killeen, WSBA #7837
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Telephone: (206) 622-3150
Fax: (206) 628-7699
E-mail:mikekilleen@dwt.com

STIPULATION AND ORDER UPON PARTIES' PLANNING MEETING (C06-5489FDB) - 4

SEA 1914516v1 0031150-000125

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699