The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIANN LAUREL HIEBERT, CLYDE MARK MATTHEWS JR., individually and on behalf of all persons similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>WAL-MART STORES, INC., a Delaware Corporation Licensed to do Business in Washington State,<br><br>              Defendant. | No. C06-5489JKA<br><br>STIPULATION AND ORDER OF DISMISSAL |

    Pursuant to FRCP 41(a)(1), Plaintiffs Diann Laurel Hiebert and Clyde Mark Matthews, Jr., by and through their counsel of record, Thaddeus P. Martin and Karl Williams, and Defendant Wal-Mart Stores, Inc., by and through its counsel of record, Michael J. Killeen and Amy H. Pannoni of Davis Wright Tremaine LLP, stipulate to the dismissal of this action with prejudice, with each party bearing their or its own costs and attorneys' fees.

///

///

///

STIPULATION AND ORDER OF DISMISSAL
(C06-5489JKA) — 1
DWT 2350835v1 0031150-000125

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150 · Fax: (206) 757-7700

1

2   DATED this 11th day of April, 2008.

3

4                                       Davis Wright Tremaine LLP
                                        Attorneys for Defendant
5                                       Wal-Mart Stores, Inc.

6                                       By   s/Michael J. Killeen
                                            Michael J. Killeen, WSBA #
7                                           Amy H. Pannoni, WSBA #31824
                                            1201 Third Avenue, Suite 2200
8                                           Seattle, WA  98101
                                            Telephone: (206) 622-3150
9                                           Fax: (206) 628-7699
                                            Email: mikekilleen@dwt.com
10                                          E-mail: amypannoni@dwt.com

11                                      Attorneys for Plaintiff

12                                      LAW OFFICE OF THADDEUS MARTIN
                                        Attorney for Plaintiffs
13
                                        By   s/Thaddeus P. Martin
14                                          Thaddeus P. Martin, WSBA# 28175
                                            4002 Tacoma Mall Blvd., Ste. 102
15                                          Tacoma, WA  98409
                                            Telephone: 253-682-3420
16                                          Fax: 253-682-0977
                                            tmartin@thadlaw.com
17
                                        GRIFFIN & WILLIAMS, P.S.
18                                      Attorney for Plaintiffs

19                                      By   s/Karl Williams
                                            Karl Williams, WSBA# 16919
20                                          5000 Bridgeport Way West
                                            University Place, WA  98467
21                                          Telephone: 253-460-2973
                                            Fax: 253-460-2977
22                                          truth@prodigy.net

23

24

25

26

27

STIPULATION AND ORDER OF DISMISSAL                      Davis Wright Tremaine LLP
(C06-5489JKA) — 2                                              LAW OFFICES
                                                        1201 Third Avenue, Suite 2200
DWT 2350835v1 0031150-000125                              Seattle, Washington 98101
                                                    (206) 622-3150 · Fax: (206) 757-7700

# I. ORDER

This matter came before the Court pursuant to the foregoing stipulation. Based on the Court's review of the stipulation, and the Court being otherwise fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that: (1) all claims in this action are **dismissed with prejudice**; and (2) each party shall bear his, her or its own costs and attorneys' fees.

DONE this 15th day of April, 2008.

        /s/ J. Kelley Arnold
        Honorable J. Kelley Arnold
        U.S. DISTRICT COURT MAGISTRATE JUDGE

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendant

By   s/Michael J. Killeen
    Michael J. Killeen, WSBA #
    Amy H. Pannoni, WSBA #31824

Approved as to Form;
Notice of Presentation Waived:
Attorneys for Plaintiff

LAW OFFICE OF THADDEUS MARTIN
Attorney for Plaintiffs

By   s/Thaddeus P. Martin
    Thaddeus P. Martin, WSBA# 28175

GRIFFIN & WILLIAMS, P.S.
Attorney for Plaintiffs

By   s/Karl Williams
    Karl Williams, WSBA# 16919

STIPULATION AND ORDER OF DISMISSAL
(C06-5489JKA) — 3
DWT 2350835v1 0031150-000125

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150 · Fax: (206) 757-7700